*B. H. Manry,* for plaintiff.
*Willingham & Willingham,* for defendant.

## CHERRY *v.* CITY OF ATLANTA.

BELL, J. Upon a further consideration of this case, after the grant of a certiorari, this court is of the opinion that the judgment of the Court of Appeals is correct and should be affirmed.

*Judgment affirmed. All the Justices concur.*

No. 10046. AUGUST 8, 1934.

*Burress & Dillard* and *Walter Erle Daley,* for plaintiff in error.
*J. L. Mayson, C. S. Winn,* and *J. C. Savage,* contra.

## BELSER, receiver, *v.* PUCKETT.

No. 10061. AUGUST 8, 1934.

*Ray Williams* and *Colquitt, Parker, Troutman & Arkwright,* for plaintiff in error.
*R. W. Smith Jr.,* contra.

HUTCHESON, J.   Morgan S. Belser was appointed as receiver in the case of Donaldson Art Sign Company *v.* John S. Owens, in